UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **SUZETTE BOONE** | **CASE NO.  2:23-CV-00342** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PARK WOOD RISK RETENTION GROUP INC ET AL** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM RULING

Before the Court is "Luis Vidal Martinez's Motion to Dismiss Pursuant to Rule 12(B)(5) for Insufficient Service of Process" (Doc. 11) filed by counsel for this Defendant.

## INTRODUCTION AND PROCEDURAL HISTORY

This lawsuit involves a vehicular accident between Plaintiff's vehicle and a 2016 International truck and trailer operated by Defendant, Luis Vidal Martinez. Plaintiff alleges that the truck and trailer crashed into the passenger side of her vehicle as it attempted to merge onto Interstate to in Iowa, Louisiana.[1]

Plaintiff has been unsuccessful in serving Martinez, whose whereabouts are unknown, but it is believed that he has returned to Mexico.[2] While in state court, Defendant filed an Exception of Insufficient Service of Process, but in the process, the matter was removed to this Court.[3] Consequently, on April 19, 2023, counsel for Defendant filed the instant motion. Shortly thereafter, Plaintiff filed a Motion for Extension of Time to Effect Service.[4] The Magistrate Judge granted the Motion, which allowed Plaintiff an additional

---

[1] Petition for damages, Doc. 1-1.
[2] Plaintiff's Motion for Extension of Time to Effect Service, ¶ 3, Doc. 13.
[3] Defendant's Memorandum in Support of Luis Vidal Martinez's Motion to Dismiss, p. 1, Doc. 11; Doc.1.
[4] Doc. 13.

90 days from May 12, 2023, to effect service on Martinez.[5] On May 19, 2023, a summons was issued.[6] As of this date, the record reflects that Martinez has not been properly served and the time for doing so has now lapsed. As such, the Court will grant Luis Vidal Martinez's Motion to Dismiss Pursuant to Rule 12(B)(5) for Insufficient Service of Process (Doc. 11) and dismiss this Defendant for improper service of process in accordance with Federal Rule of Civil Procedure 12(b)(5).

**THUS DONE AND SIGNED** in Chambers on this 26th day of September, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[5] Doc. 14.
[6] Docs. 15 and 16.